ACCEPTED
15-25-00104-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/17/2025 10:02 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/17/2025 10:02:17 AM
CHRISTOPHER A. PRINE
Clerk

**NO. 15-25-00104-CV**

_____

IN THE FIFTEENTH COURT OF APPEALS AUSTIN, TEXAS

_____

PUBLIC UTILITY COMMISSION, *et al.*, Appellants

v.

CITY OF FULSHEAR, Appellee

_____

On appeal from the 53rd District Court of Travis County, Texas

_____

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE BRIEFS OF APPELLANTS**

_____

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellants Public Utility Commission of Texas ("Commission") and North Fort Bend Water Authority ("NFBWA") (collectively, "Appellants") file this unopposed joint motion for an order extending the time to file the briefs of appellants in this appeal pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and in support thereof would respectfully show:

Review of Current and
Requested Deadline and Basis for Request for Extension

1.     The current due date for the briefs of appellants in this appeal is August 8, 2025.

2. Appellants respectfully request an extension of time for filing their briefs of appellants 30 days so that their initial briefs would need to be filed in this Court by no later than September 8, 2025.

3. Appellants request this extension because lead counsel for appellants have events, deadlines and commitments between now and mid-August. Such deadlines and commitments for lead counsel for the Commission include the following:

- a hearing on the merits on July 29, 2025, in two related cases styled *TCCI Range-Mead 2021, LLC, v. Public Utility Commission of Texas*, Cause No. D-1-GN-008563 (459th Judicial District, Travis County, Texas) and *TCCI Ponder Farms 2021 LLC, v. Public Utility Commission of Texas*, Cause No. D-1-GN-24-010011 (250th Judicial District, Travis County, Texas);

- an appellate brief due on August 4, 2025, before this Court in the appeal styled *Public Utility Commission of Texas v. City of Denton, Operating as Denton Municipal Electric*, No. 15-25-00018-CV; and

- an appellate brief due on August 15, 2025, before this Court in the appeal styled *City of College Station v. Public Utility Commission of Texas*, No. 15-25-00096-CV.

In addition, lead counsel for NFBWA is responsible for on-going work in proceedings before the Commission and other agencies and in cases at the trial level including *City of Terrill v. Rose Hill Special Utility District*, Cause No. 119736-422 (422nd Judicial District, Kaufman County, Texas), and has several work and family commitments requiring travel, during the months of July and August.

2

4. No previous extensions have been requested by Appellants in connection with these briefs.

5. This motion is not filed for purposes of delay, but so that justice may be done.

## Certificate of Conference

6. Undersigned counsel for NFBWA represents and certifies to the Court that he has communicated with counsel for Appellee City of Fulshear ("Fulshear"), regarding this extension request, and that counsel for Fulshear has indicated that Fulshear is not opposed to this request.

## Prayer/Request for Relief

Appellants respectfully request that the Court issue an order granting the requested extension thereby establishing a filing deadline for briefs of appellants of September 8, 2025.

Respectfully submitted,

By: /s/ Jordan Pratt (by permission)
JORDAN PRATT
Assistant Attorney General
State Bar No. 24140277

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
512-463-2012 tel.

512-320-0911 fax
Jordan.Pratt@oag.texas.gov

**ATTORNEYS FOR APPELLANT
PUBLIC UTILITY COMMISSION OF
TEXAS**

By:    /s/ Drew Miller
       ANDREW S. "DREW" MILLER
       State Bar No. 00786857

       KEMP SMITH LLP
       2905 San Gabriel St., Suite 205
       Austin, TX  78705
       (512) 320-5466
       (512) 320-5431 (fax)
       Drew.Miller@kempsmith.com

**ATTORNEYS FOR APPELLANT
NORTH FORT BEND WATER
AUTHORITY**

4

Certificate of Service

       This is to certify that a true and correct copy of the foregoing has been sent via electronic filing system on this 17th day of July, 2025, to the following:

C. Joe Freeland
State Bar No. 07417500
Mathews & Freeland, LLP
8140 N. MoPac Expy, Ste 4-240
Austin, Texas 78759
512-404-7800 tel.
512-703-2785 fax
jfreeland@mandf.com

ATTORNEYS FOR APPELLEE CITY OF FULSHEAR

/s/Drew Miller
Andrew S. "Drew" Miller

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sharnezia Mitchell on behalf of Drew Miller
Bar No. 786857
AU.Secretary@kempsmith.com
Envelope ID: 103247773
Filing Code Description: Motion
Filing Description: Unopposed Joint Motion for Extension of Due Date for Briefs of Appellants
Status as of 7/17/2025 10:22 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew Miller | 786857 | Drew.Miller@kempsmith.com | 7/17/2025 10:02:17 AM | SENT |
| Clarence Freeland | 7417500 | jfreeland@mandf.com | 7/17/2025 10:02:17 AM | SENT |
| David Laurent | | david.laurent@oag.texas.gov | 7/17/2025 10:02:17 AM | SENT |
| Sharnezia Mitchell | | sharnezia.mitchell@kempsmith.com | 7/17/2025 10:02:17 AM | SENT |
| Jordan Pratt | | Jordan.Pratt@oag.texas.gov | 7/17/2025 10:02:17 AM | SENT |
| Colton Halter | | colton.halter@oag.texas.gov | 7/17/2025 10:02:17 AM | SENT |